FILED by _____ D.C.
APR 24 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

13-8223-JMH

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 13CR10080- |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| ROBERT CONNORS ) | 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearms and Ammunition |

COUNT ONE:   (18 U.S.C. § 922(g)(1) -- Felon in Possession of Firearms and Ammunition)

The Grand Jury charges that:

On or about February 27, 2012, in South Boston, in the District of Massachusetts,

ROBERT CONNORS,

the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Glock 9mm semi-automatic pistol, bearing serial number KVN725; a Colt, Python, .357 caliber revolver, bearing serial number K81289; and 24 rounds of .38 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS;   March 26, 2013

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

3/26/13  11:15 am

%JS 45 (5/97) - (Revised U.S D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Category No. **III** Investigating Agency **ATF**

City **South Boston** Related Case Information:

County **Suffolk** Superseding Ind./ Inf. _____ Case No. **13CR10080-**
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **ROBERT CONNORS**  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **South Boston, Massachusetts**

Birth date (Yr only): **1969**  SSN (last4#): **2664**  Sex **M**  Race: _____  Nationality: **U.S.**

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA **Michael Crowley**  Bar Number if applicable **641235**

Interpreter: ☐ Yes ☑ No  List language and/or dialect: _____

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony **1 count**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **March 26, 2013**  Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Robert Connors

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC Sec. 922(g) | Felon in Possession of Firearms and Ammunition | Count 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 13cr10080-DJC |
| ROBERT CONNORS | ) | (Collings) |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROBERT CONNORS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of Firearms and Ammunition, 18 U.S.C. Section 922(g)(1)

Date: 3/26/13

City and state: Boston, MA

Issuing officer's signature

Theresa Catino, Deputy Clerk
*Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |